| | | | |
|---|---|---|---|
| McKittrick v. State | 01-039 Granted | 03/01/01 | Original Proceeding Supervisory Control |
| McDougall v. Dept. of Corrections | 01-124 Granted | 03/06/01 | Original Proceeding Habeas Corpus |
| Birkholz v. Attorney General | 01-095 Denied | 03/06/01 | Original Proceeding Mandamus |
| Baker v. Chase | 01-042 Granted | 03/06/01 | Original Proceeding Habeas Corpus |
| Arnoux v. JTL Group (2001 MT 40N) | 00-684 & 00-685 Affirmed | 03/06/01 | Dist. 18 (Gallatin) |
| State v. Wozniak (2001 MT 43N) | 00-418 Affirmed | 03/13/01 | Dist. 8 (Missoula) |
| Cure v. Chase | 01-002 Denied | 03/13/01 | Original Proceeding Postconviction Relief |
| Anderson v. Dept. of Corrections | 01-083 Denied | 03/13/01 | Original Proceeding Habeas Corpus |
| Reece v. Dept. of Corrections | 01-077 Denied | 03/17/01 | Original Proceeding Habeas Corpus |
| Befumo v. District Court | 01-172 Denied | 03/17/01 | Original Proceeding Supervisory Control |
| Wing v. Day, et al. | 00-859 Dismissed | 03/20/01 | Original Proceeding Mandamus |
| Gopher v. MacDonald | 01-082 Granted | 03/20/01 | Original Proceeding Habeas Corpus |
| State v. Bradford (2001 MT 48N) | 99-652 Affirmed | 03/20/01 | Dist. 18 (Gallatin) |
| State ex rel. J.R. v. District Court | 01-192 Granted | 03/22/01 | Original Proceeding Supervisory Control |
| Marriage of Johnsrud (2001 MT 50N) | 99-370 Affirmed Reversed | 03/27/01 | Dist. 11 (Flathead) |